# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ALANA DENISE WYATT STALLWORTH, et al.,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | **CIVIL ACTION NO. 1:25-00293-KD-N** |
| **MOBILE POLICE DEPARTMENT, et al..** ) ) ) | |
| **Defendants.** ) | |

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated February 27, 2026, (Doc. 10), is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute under Rule 41(b) and the Court's inherent authority.

**DONE** and **ORDERED** this **30th** day of **March 2026.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**